# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160530(15)

LEONARD WILSON,
         Claimaint-Appellant,

v

MEIJER GREAT LAKES LIMITED
PARTNERSHIP and UNEMPLOYMENT
INSURANCE AGENCY,
         Respondents-Appellees.
_____/

SC: 160530
COA: 349078
Ingham CC: 18-000711-AE

     On order of the Chief Justice, the motion of the Sugar Law Center for Economic and Social Justice to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 3, 2020, is accepted for filing.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 7, 2020



Clerk